No. 81–5533.  THOMSON v. CALIFORNIA.  C. A. 9th Cir. Certiorari denied.

No. 81–5536.  TUCKER v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 81–5537.  SPHALER v. WAINWRIGHT, SUPERINTENDENT, LAWTEY CORRECTIONAL INSTITUTION.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 81–5539.  HARRIS v. ESTELLE.  C. A. 5th Cir.  Certiorari denied.

No. 81–5541.  SUTTON v. GASTON.  C. A. 4th Cir.  Certiorari denied.

No. 81–5544.  LOFTON v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 81–5545.  WEBB v. ALBERTO-CULVER CO., INC. C. A. 5th Cir.  Certiorari denied.

No. 81–5563.  BRISCOE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–5568.  IN RE ZATKO.  C. A. D. C. Cir.  Certiorari denied.

No. 81–5569.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–5570.  ZATKO v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5571.  ZATKO v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5572.  ZATKO v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.